**FILED**
CLERK, U.S. DISTRICT COURT

06/23/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CSO _____ DEPUTY

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
DECLAN T. CONROY (Cal. Bar No. 350570)
Assistant United States Attorney
Deputy Chief, Transnational Organized Crime Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2872
    Facsimile:  (213) 894-0142
    E-mail:     declan.conroy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 2:26-cr-00408-WLH |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF DECLAN T. CONROY |
| v. | |
| RAVINDER SINGH DHANDA, et al., | **(UNDER SEAL)** |
| Defendants. | |

The government hereby applies <u>ex parte</u> for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants(s)) be kept under seal until (1) the government files a "Report Commencing Criminal Action" in this matter, or (2) the U.S. Attorney's Office notifies the Clerk that the case may be unsealed.

//

//

//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of AUSA Declan T. Conroy.

Dated: June 23, 2026          Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division


_____
DECLAN T. CONROY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## **DECLARATION OF AUSA DECLAN T. CONROY**

I, Declan T. Conroy, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in the prosecution of United States v. Ravinder Singh Dhanda, et al., the indictment in which is being presented to a federal grand jury in the Central District of California on June 23, 2026.

2.    The defendants charged in the above-captioned indictment have not been taken into custody on the charges contained in the indictment and have not been informed that they are being named as defendants in the indictment to be presented to the grand jury on June 23, 2026.  The likelihood of apprehending one or more of the charged defendants would be jeopardized if the indictment in this case were made publicly available before the defendants are taken into custody on the indictment.

3.    Additionally, the government intends to extradite one or more of the defendants from another country and have been informed by the Department of Justice, Office of International Affairs, that any such extradition request prior to the unsealing of the indictment would require an order to partially unseal the indictment only for the purpose of allowing disclosure to and by law enforcement personnel, including foreign authorities, and the Department of State to locate, arrest, and extradite the charged defendant(s).

4.    Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government

1

files a "Report Commencing Criminal Action" in this matter, or until such time as the U.S. Attorney's Office notifies the Clerk that the case may be unsealed.  Additionally, the government requests that the indictment be partially unsealed for the limited purpose of allowing disclosure to and by law enforcement personnel, including foreign authorities, and the Department of State to locate, arrest and extradite the charged defendant(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 23, 2026.

_____
DECLAN T. CONROY

2